AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 4:22MJ3049 |
| SHERAZ J. GILL | ) | |
| | ) | |
| Defendant(s) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of JULY 26, 2020 in the county of LANCASTER in the District of NEBRASKA, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | TRANSMITTING THREATENING COMMUNICATIONS |
| 18 U.S.C. § 2261A(2) | STALKING |

This criminal complaint is based on these facts:

PLEASE SEE THE ATTACHED AFFIDAVIT OF SPECIAL AGENT MATT SAAD.

☑ Continued on the attached sheet.

_Complainant's signature_

MATT SAAD, FBI SPECIAL AGENT
_Printed name and title_

☐ Sworn to before me and signed in my presence.
☑ Sworn to before me by telephone or other reliable electronic means.

Date: Mar 24, 2022

_Judge's signature_

City and state: LINCOLN, NEBRASKA

CHERYL R. ZWART, U.S. MAGISTRATE JUDGE
_Printed name and title_